■ LEE DUELL, as Guardian ad Litem of JANET D. SPRINGER, an Infant, Appellant, v. HERBERT J. SPRINGER, Respondent.— Appeal from an order of the Special Term of the Supreme Court, Warren County, permitting the defendant to discontinue a counterclaim interposed by him in the plaintiff's separation action. The defendant had interposed a counterclaim for annulment on the ground of fraud but, when it appeared that this would delay the speedy trial of the separa-

tion action, the defendant sought permission to discontinue the counterclaim without prejudice and the permission was granted. The order appealed from was a discretionary one and we find no abuse in the exercise of the Special Term's discretion. Order affirmed, with $10 costs. Bergan, J. P., Coon, Halpern and Zeller, JJ., concur.